**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **JEREMIAH SPURLOCK,** | § | |
| **Individually and on behalf** | § | |
| **of all others similarly situated,** | § | **Civil Action No. 4:17-cv-02674** |
| | § | |
| ***Plaintiff,*** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **v.** | § | **COLLECTIVE ACTION** |
| | § | **PURSUANT TO 29 U.S.C. § 216(b)** |
| **COLE INTERNATIONAL TUBULAR** | § | |
| **SERVICE, LLC D/B/A COLE ENTERPRISES** | § | **CLASS ACTION PURSUANT TO** |
| **INTERNATIONAL TUBULAR SERVICE** | § | **FED. R. CIV. P. 23** |
| | § | |
| ***Defendant.*** | § | |

## NOTICE OF SETTLEMENT

Plaintiff Jeremiah Spurlock ("Spurlock") and Defendant Cole International Tubular Service d/b/a Cole Enterprises International Tubular Service ("Cole Tubular") (collectively "the Parties") have reached an amicable resolution. The Parties anticipate filing dismissal documents within thirty (30) days of the filing of this Notice.

Date: December 5, 2017    Respectfully submitted,

By:  /s/ *Clif Alexander*
    **Clif Alexander**
    Federal I.D. No. 1138436
    Texas Bar No. 24064805
    clif@a2xlaw.com
    **ANDERSON2X, PLLC**
    819 N. Upper Broadway
    Corpus Christi, Texas 78401
    Telephone: (361) 452-1279
    Facsimile: (361) 452-1284

    ***Attorney in Charge for Plaintiff***

By:  /s/ *Laura De Santos*
    **Laura De Santos**
    Federal I.D. No. 19328
    ldesantos@grsm.com
    **GORDON REES SCULLY MANSUKHANI, LLP**
    TransWestern Tower
    1900 West Loop South, Suite 1000
    Houston, Texas 77027
    Telephone: (713) 961-3366
    Facsimile: (713) 961-3938

    ***Attorney in Charge for Defendant***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 5, 2017, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ *Clif Alexander*
Clif Alexander