UNITED STATES DISTRICT COURT       SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**

December 06, 2017

David J. Bradley, Clerk

| | | |
|---|---|---|
| Jeremiah Spurlock, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-17-2674 |
| | § | |
| Cole International Tubular | § | |
| Service, LLC, | § | |
| | § | |
| Defendant. | § | |

## Conditional Dismissal

1.   Having been advised that the parties have reached a settlement, this case is dismissed with prejudice.

2.   By January 8, 2018, the parties may move for reinstatement.

3.   This court retains jurisdiction to enforce the settlement.

Signed on December 6, 2017, at Houston, Texas.

Lynn N. Hughes
United States District Judge