United States District Court
Southern District of Texas
**ENTERED**
January 09, 2018
David J. Bradley, Clerk

| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

| | | |
|---|---|---|
| Jeremiah Spurlock, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-17-2674 |
| Cole International Tubular Service, LLC, | § § § § | |
| Defendant. | § | |

## Final Dismissal

1. Neither party having moved for reinstatement, this case is dismissed with prejudice.

2. This court retains jurisdiction to enforce the settlement.

Signed on January 8, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge